JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

BMO BANK N.A. fka BMO HARRIS BANK N.A., a national association,

Plaintiff,

v.

MJM AUTO TRANSPORT, INC., a California corporation; MICHELLE ZAMORA, an individual resident and citizen of California; ERIC SUCHIL, an individual resident and citizen of California,

Defendants.

Case No. EDCV 25-2380 JGB (KSx)

**JUDGMENT**

Pursuant to the Court's Order entered substantially contemporaneously, and good cause appearing, **IT IS HEREBY ORDERED**:  (1) Plaintiff's Application for Default Judgment is **GRANTED**; (2) Judgment is **ENTERED** in favor of Plaintiff and against Defendants; and (3) Defendants are **ORDERED** to pay Plaintiff damages in the amount of $296,289.98 which includes the principal amount of $250,245.98, interest of $39,240.76, post-acceleration fees of $1,500.00, attorneys' fees of $4,647.50, and court costs of $655.74.

Lastly, because Plaintiff has shown that it is entitled to repossession of the relevant vehicles, the Court **AWARDS** repossession of the following vehicles in

accordance with Plaintiff's motion for default judgment: (i) 2023 Peterbilt Model 389 Series Tractor, Vehicle Identification No. 1NPXL49X3PD804480 with a 2023 Cottrell Model H/R, Serial No. G829701001; and (ii) 2023 Cottrell Model CX09LSFA, Vehicle Identification No. 5E0AA1645PG829701.

In the event Plaintiff recovers the Vehicles, Plaintiff shall sell the Vehicles in a commercially reasonable manner and file a partial satisfaction of judgment in the amount of the net proceeds from the sale.  (JS-6)

**IT IS SO ORDERED.**

Dated: April 17, 2026

THE HONORABLE JESUS G. BERNAL
United States District Judge

2